*Betty Cochran Stockvis* for petitioner. *Vernon E. West, Chester H. Gray, Milton D. Korman* and *Harry L. Walker* for respondents.

No. 728. BEECHER *v.* LEAVENWORTH STATE BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 732. MERCHANTS MATRIX CUT SYNDICATE, INC. ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Charles L. Stewart, Jr.* for the Intertype Corporation, and *Horace A. Young* for the Advertising Checking Bureau, Inc., petitioners. *Solicitor General Soboloff, Assistant Attorney General Morton* and *John C. Harrington* for the United States. *Claude A. Roth* for the Clark-Congress Corporation, respondent. *Mr. Soboloff, Mr. Morton* and *S. Billingsley Hill* filed a brief for the United States, as *amicus curiae,* supporting the Clark-Congress Corporation.

No. 734. VERMONT TRANSIT CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Guy M. Page* and *Charles W. Tye* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack* and *Louise Foster* for respondent.

No. 737. PANHANDLE EASTERN PIPE LINE CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *William E. Miller* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Burger, Melvin Richter, Lionel Kestenbaum, Willard W. Gatchell* and *William J. Grove* for the Federal Power Commission; *Samuel Brezner* for Wayne County, Michigan; *Donald R. Richberg, Arthur R. Seder, Jr.* and *Charles V. Shannon* for the American Louisiana Pipe Line Co. et al., and